

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00020-CR

**IN RE STATE OF TEXAS,** ex. rel. Todd A. 'Tadeo' Durden, County Attorney,

From the County Court, Kinney County, Texas
Trial Court No. 10041CR,10056CR, 10122CR, 10134CR,9711CR, 9712CR, 9892CR
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

The State's Motion for Extension of Time to file Motion for Rehearing is hereby GRANTED. The Motion for Rehearing is due by June 1, 2020.

It is so **ORDERED** on May 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court